# AFFIDAVIT OF SERVICE

| Case: 1:26-cv-05618-AS | Court: United States District Court | County: Southern District, NY | Job: 16760112 |
|---|---|---|---|
| Plaintiff / Petitioner: "JENNY," "SLOANE," "JOE DOE" as the Executor for the Estate of "ANDY," "APRIL," "VIOLET," AND "PIA" | | Defendant / Respondent: AVRAHAM EISENBERG | |
| Received by: Daniel Knight | | For: MARSH LAW FIRM PLLC 31 HUDSON YARDS 11TH FLOOR, NEW YORK, NY 10001 315-296-9046 | |
| To be served upon: AVRAHAM EISENBERG | | | |

I, Daniel Knight, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action,

**Recipient Name / Address:** AVRAHAM EISENBERG, 3 LITMAN LANE, SUFFERN, NY 10901-2010
**Manner of Service:** Posted, Sep 23, 2026, 2:18 pm EDT
**Documents:** SUMMONS and COMPLAINT, & CIVIL COVER SHEET

On Sep 23, 2026, at 2:18 pm deponent Affixed by attaching a true copy of the COMPLAINT, CIVIL COVER SHEET to the door at the address of 3 LITMAN LANE, SUFFERN, NY 10901-2010

Additional Comments:
Attempt: Sep 11, 2026, 6:08 pm EDT at 3 LITMAN LANE, SUFFERN, NY 10901-2010
This is a private home. Almost every house on the block is under contract by a realtor or under construction. Of the two occupied houses, it was unknown who lived there or if anyone was home.

Attempt: Sep 14, 2026, 7:41 am EDT at 3 LITMAN LANE, SUFFERN, NY 10901-2010
No answer at the address. No Lights or Sounds No visible cars

Attempt: Sep 23, 2026, 2:18 pm EDT at 3 LITMAN LANE, SUFFERN, NY 10901-2010
There was a package at the address for Chiam Eisenberg. there was no response at the door and no cars visible. I posted the documents on the door based on previous skip traces done and knowing that our respondent Avraham Eisenberg was known to reside with Chiam Eisenberg.

As I was leaving, a blue car arrived driven by a woman. She opened the garage door as she was driving quickly past me, I tried to flag her down, but she would not acknowledge me. I called out that I was trying to reach and serve legal papers on Avraham Eisenberg. Ignoring me, She drove into the garage and closed the door. She would not come out, although I called out to her and knocked on the door again. I left the papers posted on the front door and departed after waiting for her to come out for about 5 to 10 minutes.

Mailing: Deponent also enclosed a copy of the above documents, in a postpaid sealed wrapper properly addressed to said respondent at respondent's last known Address endorsed with the words," personal and confidential" and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office, department, within New York State. Mailed on September 25th 2026.

I affirm on 9/25/2026 under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, except as to matters alleged on information and belief and as to those matters I believe it to be true, and I understand that this document may be filed in an action or proceeding in a court of law.

mail

Daniel Knight Date