Case 1:26-cv-05618-AS Document 6 Filed 09/30/26 Page 1 of 2

**MARSH**
law firm pllc
31 Hudson Yards, 11th Floor
New York, New York 10001
315-296-9046 ● MargaretMabie@marsh.law

September 28, 2026

**<u>Filed Electronically via ECF</u>**
Hon. Arun Subramanian
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

**Re: *Doe v. Eisenberg* (1:26-cv-05618) - Request for Extension of Time**

Dear Judge Subramanian,

I am the attorney for the Plaintiff in the above referenced matter. I am writing to respectfully request a 30-day extension of time to complete service of process upon the Defendant, moving the current deadline from September 29, 2026, to October 29, 2026. Plaintiffs have not requested any prior extensions in this case. The Plaintiffs have not received consent from the Defendant or his counsel. The Parties are scheduled to appear in this matter on October 9, 2026 for an Initial Case Management Conference. Plaintiffs make this request for the following reasons:

(1) The Defendant was incarcerated at FCI Devens when the Plaintiffs filed their complaint. Plaintiffs attempted to have the Defendant served while in BOP custody but were unsuccessful.

(2) The Defendant was scheduled to be released from BOP custody on or about September 5, 2026, making them physically inaccessible to standard personal delivery.

(3) On August 31, 2026 counsel for Plaintiffs contacted the Defendant's prior criminal and appellate counsel via email and attached copies of the complaint filed in this matter as well as requested waiver of service of process and/or a stipulated extension. Plaintiffs' counsel did not receive any response.

(4) On September 15, 2026 Plaintiffs' counsel contacted the FBI agent assigned to this matter in SDNY, Agent Eric Wang, to further discern the Defendant's current whereabouts.

(5) The Federal Bureau of Prisons (BOP) inmate locator confirmed that the Defendant has since been released. Therefore, Plaintiffs have attempted personal service at the

Defendant's last known address as well as completed service by Mail. Plaintiffs' counsel caused the Complaint, Summons, and Civil Cover Sheet to be mailed to the Defendant on September 25, 2026 and filed the Proof of Service by Mail on September 28, 2026.

(6) In addition to attempting personal service and completing service by mail, Plaintiffs made multiple attempts to contact the Defendant which have been unsuccessful.

For the foregoing reasons, an extension of time is respectfully requested to allow the Plaintiff to conduct a more exhaustive search to physically locate the Defendant and complete personal service in addition to having already completed service by Mail.

Sincerely,

Margaret E. Mabie, Esq.

The request for an extension is GRANTED. Plaintiffs' deadline to complete service of process is October 29, 2026. The initial conference is adjourned to 12:30 pm on November 12, 2026.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 5.

SO ORDERED.

Arun Subramanian, U.S.D.J.

Date: September 29, 2026