# AFFIRMATION OF SERVICE

| **Case:**<br>1:26-cv-05618-AS | **Court:**<br>United States District Court | **County:**<br>Southern District, NY | **Job:**<br>17058223 |
|---|---|---|---|
| **Plaintiff / Petitioner:**<br>"JENNY," "SLOANE," "JOE DOE" as the Executor for the Estate of "ANDY," "APRIL," "VIOLET," AND "PIA" | | **Defendant / Respondent:**<br>AVRAHAM EISENBERG | |
| **Received by:**<br>Daniel Knight | | **For:**<br>MARSH LAW FIRM PLLC | |
| **To be served upon:**<br>AVRAHAM EISENBERG | | | |

I, Daniel Knight, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action

**Recipient Name / Address:** AVRAHAM EISENBERG, 3 LITMAN LANE, SUFFERN, NY 10901-2010
**Manner of Service:** Posted
**Documents:** Summons in a Civil Action (2).pdf

On Oct 16, 2026, at 10:31 pm deponent Affixed by attaching a true copy of the Summons in a Civil Action (2).pdf to the door at the address of 3 LITMAN LANE, SUFFERN, NY 10901-2010

Additional Comments:
1) Attempt: Oct 8, 2026, 6:45 pm EDT at 3 LITMAN LANE, SUFFERN, NY 10901-2010
no answer
2) Attempt: Oct 14, 2026, 7:36 am EDT at 3 LITMAN LANE, SUFFERN, NY 10901-2010
no answer
3) Attempt: Oct 16, 2026, 1:45 pm EDT at 3 LITMAN LANE, SUFFERN, NY 10901-2010
no answer
4) Successful Attempt: Oct 16, 2026, 10:31 pm EDT at 3 LITMAN LANE, SUFFERN, NY 10901-2010
posted

Deponent also enclosed a copy of the above documents, in a postpaid sealed wrapper properly addressed to said respondent at respondent's last known Address endorsed with the words," personal and confidential" and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office, department, within New York State. Mailed on 10/19/2026.

affirm this Oct / 20 /2026, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the forgoing is true, and I understand that this document may be filed in an actions or proceeding in a court of law.

Daniel Knight

MARSH LAW FIRM PLLC
31 HUDSON YARDS 11TH FLOOR
NEW YORK, NY 10001
315-296-9046