MARSH
law firm pllc
31 Hudson Yards, 11th Floor
New York, New York 10001
315-296-9046 ● MargaretMabie@marsh.law

November 4, 2026

**Filed Electronically via ECF**
Hon. Arun Subramanian
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re: **Proposed Civil Case Management Plan and Scheduling Order for *Doe v. Eisenberg* (1:26-cv-05618)**

Dear Judge Subramanian,

Plaintiff respectfully submits the attached Civil Case Management Plan and Scheduling Order for the Court's consideration, which has not yet been approved by the Defendant.

Despite Plaintiffs' reasonable efforts to contact the Defendant, the parties were unable to meet and confer regarding the schedule due to the Plaintiffs' inability to reach the Defendant or his counsel. Counsel for the Defendant has not yet entered an appearance on this case and the Defendant has not yet answered Plaintiffs' complaint. The Plaintiffs properly served the Defendant and he was required to Answer on or before October, 13, 2026. Plaintiffs again served the Defendant and filed their Proof of Service on October 28, 2026. Thus, the latest deadline for the Defendant to Answer Plaintiffs' complaint is now November 6, 2026. The Parties' next appearance before this Court is set for November 12, 2026. . The Plaintiffs remain willing to confer with Defendant and/or opposing counsel and, if necessary, and to submit a revised joint proposal should the Court so direct. Plaintiffs appreciate the Court's attention to this matter and hereby submit the attached proposed Case Management Plan.

Sincerely,

Margaret E Mabie

Margaret E. Mabie, Esq.