UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jenny Doe, et al.,

Plaintiffs,

-v-

Avraham Eisenberg,

Defendant.

26-CV-5618 (AS)

ORDER

ARUN SUBRMANIAN, United States District Judge:

Defendant in this action appears to be in default. Plaintiffs shall file any motion for default judgment, in accordance with the Court's Individual Practices in Civil Cases (available at https://nysd.uscourts.gov/hon-arun-subramanian), **within two weeks of the date of this Order**. If Plaintiffs' counsel submits calculations in support of any motion for default judgment, Plaintiffs' counsel shall also email native versions of the files with the calculations (i.e., versions of the files in their original format, such as in ".xlsx") to Chambers at SubramanianNYSDChambers@nysd.uscourts.gov. If or when a motion for default judgment is filed, the Court will enter a further Order setting a deadline for any opposition and reply and scheduling a show cause hearing. If no motion for default judgment is filed by the deadline set forth above, the case may be dismissed for failure to prosecute without further notice to the parties.

Plaintiffs shall serve a copy of this Order on Defendant **within two business days from the date of this Order** and shall file proof of such service **within three business days of the date of this Order**. As Defendant also appears to have retained counsel in a separate matter currently pending before the Second Circuit, Plaintiffs shall also electronically serve a copy of this Order on Defendant's counsel in that matter, Ephraim A. McDowell, at emcdowell@cooley.com.

The initial pretrial conference scheduled for November 12, 2026 is cancelled.

SO ORDERED.

Dated: November 9, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge