UNITED STATES DISTRICT COURT OF THE STATE OF NEW YORK

Job No.:17298193
COUNTY OF SOUTHERN DISTRICT

**Plaintiff / Petitioner:**

"JENNY," "SLOANE," "JOE DOE" as the Executor for the Estate of "ANDY," "APRIL," "VIOLET," AND "PIA"

**Defendant / Respondent:**

AVRAHAM EISENBERG

Affirmation of Service

**Index No:**
**1:26-cv-05618-AS**

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at 30 South Broadway Ste. 705, Yonkers, NY 10701 - . That on Thu, Nov 12 2026 AT 08:23 AM AT 3 LITMAN LANE, SUFFERN, NY 10901-2010 deponent served the within ORDER on AVRAHAM EISENBERG

[ ] **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

[ ] **Corporation:** ____________ a defendant, therein named, by delivering a true copy of each to ____________ personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be ____________ thereof.

[ ] **Suitable Person:** by delivering thereat, a true copy of each to ____________ a person of suitable age and discretion.

[X] **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at
1) 11/09/2026 @ 11:25 AM 2) 11/11/2026 @ 07:26 PM 3) 11/12/2026 @ 08:23 AM

[X] **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper properly addressed to said defendant at defendant's last known residence, 3 LITMAN LANE, SUFFERN, NY 10901-2010, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office, department, with New York State. Mailed on Thu, Nov 12 2026.

[ ] **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**

Age: ____________ Ethnicity: ____________ Gender: ____________ Weight: ____________
Height: ____________ Hair: ____________ Eyes: ____________ Relationship: ____________
Other ____________

Daniel Knight