UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

"JENNY," "SLOANE," "JOE DOE" as the Executor for the Estate of "ANDY," "APRIL," "VIOLET," AND "PIA"

Plaintiffs,

-against-

AVRAHAM EISENBERG,

Defendant.

Case No. 1:26-cv-05618

**PLAINTIFFS' REQUEST FOR A CLERK'S CERTIFICATE OF DEFAULT**

# PLAINTIFFS' REQUEST FOR CLERK'S CERTIFICATE OF DEFAULT

I, Margaret E. Mabie, of Marsh Law Firm PLLC, request a Clerk's Certificate of Default, as required under Local Civil Rule 55.1(a) of the Local Rules of the United States District Courts for the Southern and Eastern District Courts of New York. A Declaration in support of this Request is attached.

Dated: November 23, 2026
New York, New York



Margaret E. Mabie, Esq.

Margaret E. Mabie, Esq.
MARSH LAW FIRM PLLC
31 Hudson Yards, 11th Fl.
New York, NY 10001
Tel.: (315) 296-9046
margaretmabie@marsh.law

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

"JENNY," "SLOANE," "JOE DOE" as the Executor for the Estate of "ANDY," "APRIL," "VIOLET," AND "PIA"

Plaintiffs,

-against-

AVRAHAM EISENBERG,

Defendant.

Case No. 1:26-cv-05618

**CERTIFICATE OF SERVICE**

I, Margaret E. Mabie, request hereby certify that a true and correct copy of the foregoing document was filed via CM/ECF. Further, I certify that I caused a copy of this document to be mailed to the Defendant, Avraham Eisenberg, on November 23, 2026 at the following address:

Avraham Eisenberg
3 Litman Lane
Suffern, New York 10901-2010

Dated: November 23, 2026
New York, New York

Margaret E. Mabie, Esq.