UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

"JENNY," "SLOANE," "JOE DOE" as the Executor for the Estate of "ANDY," "APRIL," "VIOLET," AND "PIA"

Plaintiffs,

Case No. 1:26-cv-05618

-against-

**DECLARATION OF MARGARET E. MABIE ISO PLAINTIFFS' REQUEST FOR CLERK'S CERTIFICATE OF DEFAULT**

AVRAHAM EISENBERG,

## DECLARATION OF MARGARET E. MABIE ISO PLAINTIFFS' REQUEST FOR CLERK'S CERTIFICATE OF DEFAULT

I, Margaret E. Mabie, affirm under penalty of perjury as follows:

1. I am a New York licensed attorney with the Marsh Law Firm PLLC representing the Plaintiffs in this action.

2. When Plaintiffs first commenced this Action, the Defendant had been incarcerated in federal custody at 201 Varick Street Room 489, New York, NY, 10014 and was released on September 5, 2026.

3. On September 23, 2026 our process server completed mail service on the Defendant at his last known address at 3 Litman Lane, Suffern, New York 10901-2010. Our Office filed the Proof of Service by Mail on September 28, 2026. (ECF No. 4).

4. On August 31, 2026, counsel for Plaintiffs contacted the Defendant's prior criminal and appellate counsel via email and did not receive any response.

5. On October 16, 2026, our process server again completed mail service on the Defendant at his last known address at 3 Litman Lane, Suffern, New York 10901-2010. Our Office filed the Proof of Service by Mail on October 29, 2026. (ECF No. 7).

6. On November 12, 2026, our firm forwarded this Court's November 9, 2026 Order to the Defendant's counsel in their associated criminal matter and Second Circuit Matters received a response indicating they do not represent the Defendant.

7. An executed summons, showing that defendant Avraham Esinberg was served on September 23, 2026, was filed on September 28, 2026. (ECF No. 4).

8. Again, an executed summons, showing that defendant Avraham Esinberg was served on October 16 2026, was filed on October 29, 2026. (ECF No. 7).

9. The time for defendant Avraham Eisenberg to answer or otherwise respond to the complaint expired on November 6, 2026.

10. Defendant Avraham Eisenberg has not answered or responded to the complaint, nor has this defendant moved for an extension of time to answer or respond to the complaint.

11. Defendant Avraham Eisenberg is not an infant or incompetent.

12. Defendant Avraham Eisenberg is not currently serving in the United States military.

Plaintiffs hereby request the issuance of a certificate of default against Defendant Avraham Eisenberg.

Dated: November 23, 2026

New York, New York

Margaret E Mabie

Margaret E. Mabie, Esq

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

"JENNY," "SLOANE," "JOE DOE" as the Executor for the Estate of "ANDY," "APRIL," "VIOLET," AND "PIA"

Plaintiffs,

Case No. 1:26-cv-05618

-against-

**CERTIFICATE OF SERVICE**

AVRAHAM EISENBERG,

Defendant.

I, Margaret E. Mabie, request hereby certify that a true and correct copy of the foregoing document was filed via CM/ECF. Further, I certify that I caused a copy of this document to be mailed to the Defendant, Avraham Eisenberg, on November 23, 2026 at the following address:

Avraham Eisenberg
3 Litman Lane
Suffern, New York 10901-2010

Dated: November 23, 2026
New York, New York

Margaret E. Mabie, Esq.