**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------X

"JENNY," "SLOANE," "JOE DOE" as the Executor for the Estate of "ANDY," "APRIL," "VIOLET," AND "PIA"

**Plaintiffs,**

**- against -**

AVRAHAM EISENBERG,

**Defendant,**

--------------------------------------------------------- X

**1:26- Civ. -05618**

**[PROPOSED] CLERK'S CERTIFICATE OF DEFAUL**

**I, TAMMI M. HELLWIG, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on July 1, 2026 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant(s) AVRAHAM EISENBERG by mail service,**

***and proof of service was therefore filed on September 28, 2026 and October 29, 2026, Doc. #(s) 4, 7.***

**I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.**

**Dated: New York, New York**

**_____________, 20___**

**TAMMI M. HELLWIG**
**Clerk of Court**

**By: _________________________**
**Deputy Clerk**