MARGARET E. MABIE
[5760731]
margaretmabie@marsh.law
**MARSH LAW FIRM PLLC**
31 HUDSON YARDS, 11TH FLOOR
NEW YORK, NEW YORK 10001
TELEPHONE: (212) 372-3030
*Attorney for the Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

"JENNY," "SLOANE," "JOE DOE" as the Executor for the Estate of "ANDY," "APRIL," "VIOLET," AND "PIA"

Plaintiffs,

Case No. 1:26-cv-056

-against-

**DECLARATION OF MARGARET E. MABIE ISO PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT PURSUANT TO FED. R. CIV. PROC. 55 (b)(2)**

AVRAHAM EISENBERG,

Defendant.

---

MARGARET E. MABIE declares under penalty of perjury of laws of the United States of America that the following is true and correct to the best of her knowledge and belief:

1. I am lead counsel for the Plaintiffs. I make this declaration based upon my own personal knowledge and professional experience, in support of Plaintiffs' Motion for Default Judgment, Attorney Fees and Costs Pursuant to Fed. R. Civ. P. 55(B)(2).

2. I am a partner at The Marsh Law Firm PLLC.

3. I am licensed to practice law in New York, am in good standing with the state bar and have been throughout the term of my membership.

4. Three different law firms—Marsh Law Firm PLLC, Carol L. Hepburn, P.S., and Deborah A. Bianco, P.S.—have worked on this litigation. Together they represent the six (6) Plaintiffs.

5. Because all Plaintiffs shared a common perpetrator, they filed this action jointly and coordinated the representation to streamline the litigation and obtain efficiencies for all involved.

6. The United States Department of Justice Victim Notification System sent notification to Marsh Law Firm PLLC, Carol L. Hepburn, P.S., and Deborah A. Bianco, P.S. that Defendant was found in possession of their respective clients' pornographic images.

7. Defendant was later prosecuted by the Southern District of New York United States Attorney for sexual exploitation of a child. Defendant pleaded guilty. The Firms reviewed the criminal docket and conducted research on Defendant. Pursuant to 18 U.S.C. §3509(m)(3), attorney Margaret E. Mabie made a request to the

Government to review the evidence concerning the Plaintiffs' images possessed by Defendant.

8. Upon the plea of Defendant in the criminal case, the firms together drafted the summons and complaint, filed on July 1, 2026, as well as a motion to proceed by pseudonym and three supporting declarations. The pseudonym motion required research into the law of the Second Circuit and this Court.

9. Plaintiffs filed the instant action on July 1, 2026. (ECF No. 1).

10. When Plaintiffs first commenced this Action, the Defendant had been incarcerated in federal custody at 201 Varick Street Room 489, New York, NY, 10014 and was released on September 5, 2026.

11. On September 23, 2026 our process server completed mail service on the Defendant at his last known address at 3 Litman Lane, Suffern, New York 10901-2010. Our Office filed the Proof of Service by Mail on September 28, 2026. (ECF No. 4).

12. On August 31, 2026, counsel for Plaintiffs contacted the Defendant's prior criminal and appellate counsel via email and did not receive any response.

13. On October 16, 2026, our process server again completed mail service on the Defendant at his last known address at 3 Litman Lane, Suffern, New York 10901-2010. Our Office filed the Proof of Service by Mail on October 29, 2026. (ECF No. 7).

14. On November 12, 2026, our firm forwarded this Court's November 9, 2026 Order to the Defendant's counsel in their associated criminal matter and Second Circuit Matters received a response indicating they do not represent the Defendant.

15. The time for defendant Avraham Eisenberg to answer or otherwise respond to the complaint expired on November 6, 2026.

16. Defendant Avraham Eisenberg has not answered or responded to the complaint, nor has this defendant moved for an extension of time to answer or respond to the complaint.

17. Defendant Avraham Eisenberg is not an infant or incompetent.

18. Defendant Avraham Eisenberg is not currently serving in the United States military.

19. Plaintiffs made significant good faith efforts to effectuate service upon the Defendant.

20. After Defendant failed timely to respond to the summons and complaint, the firms then drafted papers in support of the instant motion for default judgment at a sum certain of $900,000 per Plaintiff.

21. I serve as a partner with The Marsh Law Firm and began working with many of the Plaintiffs in this case in 2019. My practice has focused on representing survivors of child sex abuse, including child pornography survivors who seek compensation and other relief in federal criminal and civil proceedings. I lobbied on

behalf of the Plaintiffs and other clients to amend the statute of limitations on 18 U.S.C. 2255 in 2022. I have represented each of the Plaintiffs in this action in prior matter and represent some of them in criminal restitution matters and specialized civil proceedings on a regular basis. I am one of the only attorneys in our firm with sufficient information as to the Plaintiffs identity to complete the evidence review. I was invited and attended the United Nations Office of Drugs and Crime Expert Group Meeting on CSAM removal in 2023. I was invited again in November of 2026 to speak to the European Parliament's Working Group on Children's rights. I have also appeared in numerous courts around the country. Since 2019, I began working for attorney James Marsh of The Marsh Law Firm on child pornography cases. In 2022, I became partner at the firm. I have devoted my practice exclusively to representing survivors of child sex abuse, including child pornography production, trade, and possession. Prosecuting 18 U.S.C. §2255 cases has been a routine part of my practice.

22. Carol L. Hepburn is the founder of Carol L. Hepburn, P.S. Attorneys at Law. Ms. Hepburn has been licensed to practice law in the State of Washington since 1978 and in the State of Oregon since 2003. She is, and has been, in good standing in both states throughout that time. Ms. Hepburn began her practice in 1978 as a deputy prosecuting attorney for King County in Seattle, Washington. At that time, among other matters, she prosecuted sexual assault crimes. Since leaving the prosecutor's office in 1982, her practice has included criminal defense of sexual assault crimes,

family law cases involving alleged child sex abuse, serious personal injury and medical negligence matters including brain injury and birth injury, civil sexual harassment matters both for plaintiffs and defendants, investigating sexual harassment allegations for employers, and civil sexual assault tort cases, as well as child sex abuse image crime related litigation on behalf of survivors of those crimes. Since 2008, Ms. Hepburn has represented survivors of child sex assault image exploitation crimes in both criminal restitution and civil matters.

23. Deborah A. Bianco is founder of Deborah A. Bianco P.S. Ms. Bianco is an attorney licensed to practice law in the states of Illinois (since 1983), Missouri (since 1984) and Washington (since 1990). She has practiced law for over 30 years. She has practiced in numerous counties in Illinois, Missouri and Washington state. Ms. Bianco has served as an attorney representing individuals in a variety of matters including family law, probate, and employment law. In addition, she has served as a guardian ad litem, and also as a Family Law Commissioner Pro Tempore for King County.

24. Along with Attorney Carol L. Hepburn and Deborah A. Bianco, I, as an attorney of the Marsh Law Firm, am one of the very few attorneys in the nation regularly representing survivors of child sex abuse image crimes in civil matters brought under 18 U.S.C. § 2255. The issues presented in this instant case are fairly unique in that few civil cases brought by victims of the crimes of child sex abuse

material exploitation have been brought across the nation. In addition to representing these victims in civil matters related to their widely distributed and shared child sex abuse material, the lawyers are also heavily involved in obtaining restitution for the victims in a defendant's criminal proceedings.

## CONCLUSION

25. I respectfully ask the Court to issue a default judgment for the sum certain of $900,000 plus the requested attorneys' fees and costs.

DATED this 23rd day of November 2026, at New York, New York.

**MARSH LAW FIRM PLLC**

/s/ Margaret E. Mabie
Margaret E. Mabie
James R. Marsh
31 Hudson Yards, 11th Floor
New York NY 10001
Telephone: (929) 232-3235
Email: margaretmabie@marsh.law

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

"JENNY," "SLOANE," "JOE DOE" as the Executor for the Estate of "ANDY," "APRIL," "VIOLET," AND "PIA"

Plaintiffs,

-against-

AVRAHAM EISENBERG,

Defendant.

Case No. 1:26-cv-05618

**CERTIFICATE OF SERVICE**

I, Margaret E. Mabie, request hereby certify that a true and correct copy of the foregoing document was filed via CM/ECF. Further, I certify that I caused a copy of this document to be mailed to the Defendant, Avraham Eisenberg, on November 23, 2026 at the following address:

Avraham Eisenberg
3 Litman Lane
Suffern, New York 10901-2010

Dated: November 23, 2026
New York, New York

Margaret E. Mabie

Margaret E. Mabie, Esq.