UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| "JENNY," "CARRIE," "LILY," "SARAH," "HENLEY," "MAUREEN," and "JANE ROE" as next friend for "PIA,"<br><br>Plaintiffs,<br><br>v.<br><br>THOMAS BLAHA,<br><br>Defendant. | Case No. 2:23-cv-07051-JMA-ST<br><br>**[PROPOSED] DEFAULT JUDGMENT ORDER PURSUANT TO FED. R. CIV. PROC. 55(B)(2)** |

WHEREFORE:

1. On __________, 20__, the Clerk entered a default against Defendant Avraham Eisenberg.

2. Plaintiffs now move for a default judgment pursuant to Fed. R. Civ. P. 55(b)(2), to include liquidated damages of $150,000 for each of the six (6) Plaintiffs.

3. Pursuant to 18 U.S.C. § 2255(a), the Court awards to each of the six (6) Plaintiffs liquidated damages in the amount of $150,000, for a total award of $900,000.

4. In support of the motion for reasonable attorneys' fees and costs, Plaintiffs have submitted the Declaration of Margaret E. Mabie. The Declaration of Margaret E. Mabie also sets forth the relevant experience of the to justify any future requests for attorney's fees.

5. Upon review of the Motion and the Declaration of Margaret E. Mabie, the Court finds that the requested damages of $900,000 are reasonable.

ACCORDINGLY:

A default judgment is entered against Defendant as follows:

$150,000 in liquidated damages as to each Plaintiff, for a total of $900,000.

Dated: This _____ day of _______, 2026

SO ORDERED

___________________________________

JUDGE ARUN SUBMARANIAN
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK